UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 NOV 10 PM 1:42

LORETTA G. WHYTE
CLERK

**ARTHUR WILLIAMS**
　Plaintiff

versus

**CARGILL, INCORPORATED**
　Defendant

CIVIL ACTION NO.

SECTION "_"   04-3077

MAGISTRATE   SECT. S MAG. 5

## ANSWER TO PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Cargill, Incorporated and answers the plaintiff's Petition as follows.

1.

The allegations contained in the introductory paragraph are denied for lack of sufficient information upon which justify a belief.

2.

The allegations contained in paragraph I are admitted except that Cargill denies for lack of sufficient information upon which justify a belief whether an accident even occurred as alleged by the petitioner.

3.

The allegations contained in paragraph II are denied for lack of sufficient information upon which justify a belief.

4.

The allegations contained in paragraph III are denied.



___ Fee_____
___ Process__
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.__

5.

The allegations contained in paragraph IV (improperly numbered as VI) are denied.

6.

The allegations contained in paragraph V (improperly numbered as VII) are denied.

7.

The allegations contained in paragraph concluding paragraph are denied.

8.

Cargill affirmatively denies any and all allegations of negligence, misconduct or liability asserted against them in the plaintiff's Petition for Damages.

9.

Cargill affirmatively asserts that if the plaintiff sustained any injury, which is denied for lack of sufficient information upon which justify a belief, then that injury was caused by the negligence of the plaintiff himself and/or others for whom Cargill is not responsible, which should serve to bar and/or reduce any recovery against Cargill in this matter.

10.

Although the plaintiff has not specifically asserted a dollar amount for his damages, the allegations of the Petition are such that they appear to seek damages in excess of the jurisdictional amount required for a jury trial. Accordingly, Cargill specifically requests a trial by jury on all issues asserted against or by it in this matter.

WHEREFORE, after due proceedings are had, Cargill, Incorporated prays that judgment be rendered in its favor, thereby dismissing with prejudice all claims asserted against it in this matter. Cargill further prays for all general and equitable relief to which it might be entitled in this matter.

Respectfully submitted,

GEORGE J. NALLEY, JR.
A Professional Law Corporation

_____
GEORGE J. NALLEY, JR.          (9883)
Heritage Plaza - Suite 920
111 Veterans Memorial Blvd.
Metairie, LA 70005
(504) 838-8188

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this _____ day of November, 2004 served a copy of the foregoing pleading on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
GEORGE J. NALLEY, JR., APLC